45D01-2306-CT-000642

Filed: 6/8/2023 10:15 AM
Clerk
Lake Superior Court, Civil Division 2
Lake County, Indiana

USDC IN/ND case 2:23-cv-00308-JTM-JEM  document 1-2  filed 06/08/23  page 1 of 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT GARY, INDIANA |

BRANDI NANDLAL,                                )
    Plaintiff,                              )
                                                                    )
    vs.                                          )    CAUSE NO.
                                                                    )
MATTHEW TIPTON, M.D.,                    )
KEITH M. RAMSEY, M.D.,                   )
KNOWN DEFENDANT A, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )    **JURY DEMAND**
KNOWN DEFENDANT B, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )
KNOWN DEFENDANT C, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )
KNOWN DEFENDANT D, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )
UJOR EKO, M.D.,                                  )
KNOWN DEFENDANT E, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )
KNOWN DEFENDANT F, IDENTITY    )
WITHHELD PURSUANT TO MMA,     )
MAYA DOMINIQUE, M.D., and            )
KNOWN DEFENDANT G, IDENTITY   )
WITHHELD PURSUANT TO MMA, and )
NORTHSHORE HEALTH CENTERS, INC., )
    Defendants.                            )

# PROPOSED COMPLAINT

## COUNT I

For Count I of this Proposed Complaint against Defendants, Matthew Tipton, M.D., Keith M. Ramsey, M.D., Known Defendant A, Identify Withheld Pursuant to MMA, Known Defendant b, Identify Withheld Pursuant to MMA, Known Defendant C, Identify Withheld Pursuant to MMA, Known Defendant D, Identify Withheld Pursuant to MMA, Ujor Eko, M.D., Known Defendant E, Identify Withheld Pursuant to MMA, Known Defendant F, Identify

Withheld Pursuant to MMA, Maya Dominque, M.D., Known Defendant G, Identify Withheld Pursuant to MMA, and Northshore Health Centers, Inc. ("Defendants"), Plaintiff, Brandi Nandlal, by counsel, states:

1. Commencing on or about July 11, 2021 and throughout July 17, 2021, Plaintiff, Brandi Nandlal, was a patient of and received care and/or treatment from Defendants.

2. At all relevant times, Plaintiff was a citizen of the State of Indiana.

3. Commencing on or about July 11, 2021 and throughout July 17, 2021, Defendants negligently cared for and treated the Plaintiff, Brandi Nandlal.

4. Defendants were under a legal duty to use the degree of care and skill that a reasonably careful, skillful, and prudent healthcare provider of the type of the Defendants would use under the same or similar circumstances.

5. Defendants violated the standard of care, which negligent acts and/or omissions include, but are not limited to, one or more of the following:

   a. On July 11, 2021, Defendants, Dr. Tipton and Dr. Ramsey, negligently perforated Brandi Nandlal' bowel;

   b. On July 11, 2021, Defendants, Dr. Tipton and Dr. Ransey, failed to timely order an abdominal CT;

   c. On July 16, 2021, Defendant, Dr. Dominique, failed to order an abdominal CT stat;

   d. On July 16, 2021, Defendant, Dr. Eko, failed to order abdominal imaging studies; and

   e. Commencing on or about July 11, 2021 and throughout July 17, 2021, Known Defendants A-G, Identities Withheld Pursuant to MMA, failed to order abdominal imaging studies;

6. At all relevant times, Defendants, Dr. Tipton, Dr. Ramsey, and Dr. Dominique, were employees and/or agents of Defendant, Northshore Health Centers, Inc., acting within the course and scope of their employment.

2

7. At all relevant times, Defendant, Known Defendant G, Identify Withheld Pursuant to MMA, had various agents, employees, and assigns, including, but not limited to, physicians, nurses, physician assistants, and nurse practitioners in their employ, who rendered care to Brandi Nandlal in conjunction with all other Defendants named in this Complaint, and as such, Defendant, Known Defendant G, Identify Withheld Pursuant to MMA, is responsible for the acts and/or omissions of their agents, employees, and assigns through the doctrine of *respondeat superior* and/or apparent agency.

8. Commencing on or about July 11, 2021 and throughout July 17, 2021, Defendants, Known Defendant G, Identify Withheld Pursuant to MMA and Northshore Health Centers, Inc., provided health care to Brandi Nandlal, and in doing so, they held themselves out as being capable of making proper diagnosis and treatment of medical conditions and diseases and incited the public, including Kai Yates, to engage Defendants, Known Defendant G, Identify Withheld Pursuant to MMA and Northshore Health Centers, Inc., in services for renumeration to be charged by these entities.

9. As such, Defendant, Northshore Health Centers, Inc., is vicariously liable for all acts and/or omissions of Defendants, Dr. Tipton, Dr. Ramsey, and Dr. Dominique,

10. As a responsible cause of Defendants' aforesaid negligence, Plaintiff, Brandi Nandlal, has suffered serious and permanent injuries and damages.

11. Plaintiff seeks all damages allowable under Indiana law.

12. As of June 1, 2023, according to the Indiana Department of Insurance website, Defendant, Dr. Eko, was not a qualified healthcare provider on the relevant dates.

13. At all relevant times, Defendants, Dr. Tipton, Dr. Ramsey, and Dr. Dominique, were employed by Northshore Health Centers, Inc. and thus not covered by Indiana's Medical Malpractice Act.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for a just and proper sum, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Dated: June 8, 2023
/s/ Sara A. Langer
Steven L. Langer, #9853-64
Sara A. Langer, #34675-53
LANGER AND LANGER
4 Indiana Avenue
Valparaiso, IN 46383
Telephone: 219-464-3246
Fax: 219-462-4198
slanger@langerlaw.com
salanger@langerlaw.com
Attorneys for Plaintiff

## JURY DEMAND

Plaintiffs, by counsel, Steven L. Langer and Sara A. Langer, demand trial by jury as to all issues.

                                           Respectfully submitted,

Dated: June 8, 2023                    /s/ Sara A. Langer
                                           Steven L. Langer, #9853-64
                                           Sara A. Langer, #34675-53
                                           LANGER AND LANGER
                                           4 Indiana Avenue
                                           Valparaiso, IN 46383
                                           Telephone: 219-464-3246
                                           Fax: 219-462-4198
                                           slanger@langerlaw.com
                                           salanger@langerlaw.com
                                           Attorneys for Plaintiff